# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

BY ECF:
November 25, 2019

Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-27-19

Re:   United States v. Albert Lucas,
      19 Cr 291 (LAP)

Your Honor,

I am writing on behalf of the defendant, Albert Lucas who as the Court is aware, is released on a $150,000.00 PRB co-signed by his mother and sister with the usual conditions. Since his release from custody Mr. Lucas has fulfilled all of his pre-trial release requirements. Mr. Lucas needs his passport in order to get his NYS ID. Thus, I would most respectfully request that Mr. Lucas' passport be returned to him for one day so that he can use it to go and get his NYS ID. The Court has previously approved a one day use of his passport in order for Mr. Luca to secure employment. Mr. Lucas would then return it to his Pre-Trial Officer. AUSA Wolf has no objection.

Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully yours,

David Touger

cc: AUSA Daniel Wolf, via ECF
    Pre-Trial Services Officer Lea Harmon, via ECF