# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE:   (212) 513-1989

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

BY ECF:
January 21, 2020

Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Albert Lucas,
      19 Cr 291 (LAP)

Your Honor,

I am writing on behalf of the defendant, Albert Lucas who as the Court is aware, is released on a $150,000.00 PRB co-signed by his mother and sister with the usual conditions. Since his release from custody Mr. Lucas has fulfilled all of his pre-trial release requirements. Mr. Lucas would most respectfully request that his travel restrictions be modified so that he can travel to New Jersey for work. His one job as a Sprinkler inspector and his second job as a party MC occasionally necessitate his travel to New Jersey. The inability to travel to New Jersey has limited his earning capacity and risks the loss of his job as a Sprinkler inspector. I have been in contact with his Pre-trial officer Lea Harmon and AUSA Wolf, neither has an objection.

Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

**SO ORDERED.**

cc: AUSA Daniel Wolf
    Pre-Trial Services Officer Lea Harmon

*Loretta A. Preska*
_____
Loretta A. Preska
Senior U.S. District Judge

January 22, 2020