**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
March 30, 2021
Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Albert Lucas,
      19 Cr 291 (LAP)

Your Honor,

I am writing on behalf of the defendant, Albert Lucas who as the Court is aware, is released on a $150,000.00 Bond, co-signed by two financially responsible people and is not allowed to travel outside of the SDNY and EDNY. Since his release from custody Mr. Lucas has fulfilled all of pre-trial release requirements.  Mr. Lucas would most respectfully request permission to travel to San Juan, Puerto Rico from May 27th until May 30th, 2021 for his best friend's engagement.  I have reached out to the Government and his Pre-Trial Officer, Lea Harmon and neither has an objection to this request.

Thus, I would respectfully request that the Court grant the above request.  Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

```
The request to modify the conditions of
pretrial release in order to permit the
travel referenced above is GRANTED.

SO ORDERED.

Dated:    March 31, 2021
          New York, New York
```

_____
LORETTA A. PRESKA, U.S.D.J.