**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
April 2, 2021
Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Albert Lucas,
      19 Cr 291 (LAP)

Your Honor,

I am writing on behalf of the defendant, Albert Lucas who as the Court is aware, is released on a $150,000.00 Bond, co-signed by two financially responsible people and is not allowed to travel outside of the SDNY and EDNY. Since his release from custody Mr. Lucas has fulfilled all of pre-trial release requirements. Mr. Lucas would most respectfully request permission to travel to Philadelphia, PA from April 16th until April 18th, 2021 for employment purposes. Mr. Lucas is a professional DJ and he will be performing for a birthday celebration at 601 Christopher Columbus Blvd. (see attached flyer). He has not booked a hotel room yet but will inform his pre-trial officer of the location once he has. I have reached out to the Government and his Pre-Trial Officer, Lea Harmon and his pre-trial officer has no objection.

Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

*Travel approved.*

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

4/5/21