# PELUSO & TOUGER LLP

70 Lafayette Street - 2nd Floor<br>
New York, New York 10013<br>
Phone: 212.285.2299<br>
Fax: 212.513.1989

August 13, 2021

Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10013

      Re: <u>United States v. Adelekan</u>
          1:19-cr-00291-LAP

Your Honor:

    Based on the Court's order, I most respectfully request that my client, Albert Lucas, be excused from appearing and that I be allowed to appear telephonically in the above-captioned case. Thank you for the Court's consideration.

                                            Respectfully submitted,

                                            *David Touger*
                                            David Touger

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear by
telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```

*Loretta A. Preska*  8/16/2021