## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
June 8, 2022
Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Albert Lucas,
       19 Cr 291 (LAP)

```
Sentencing is adjourned to July
19, 2022 at 10 a.m.

SO ORDERED.
                    [signature]
                    6/10/2022
```

Your Honor,

I am writing on behalf of the defendant, Albert Lucas, whose Sentencing Hearing is currently scheduled for June 29th to most respectfully ask the Court for a two or three week[1] adjournment of his sentence date. I am still awaiting the arrival of some necessary paperwork that I need for his sentencing submission which is due in less than one week. I am told that I will have the paperwork in two weeks. This delay is of no fault of the defendant or counsel. The Government consents to the adjournment

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

---

[1] The only bad dates for the defendant are July 21 through August 3.