**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
March 21, 2023
Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Albert Lucas,
      19 Cr 291 (LAP)

Your Honor,

I am writing on behalf of the defendant, Albert Lucas, who this Court sentenced to two years supervised release and 6 months of home confinement. Mr. Lucas has now successfully completed his home confinement and monitoring and has been a model supervisee. With the Consent of his Probation Officer, Mr. Lucas most respectfully requests that the Court allow him to travel to Mexico from April 10 to April 16th. The exact details are as follows:

Flight - Air Cananda
Leaving NYC (JFK) to Mexico (CUN-Cancun Intl) on April 10th

Return From (CUN-Cancun Intl) To NYC (JFK) April 16th

Staying At:
Sunscape Akumal Beach Resort
Puerto Juarez, Carretera Fed Chetumal km 251, 77776 Q.R., Mexico

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

*The travel outlined above is approved*

SO ORDERED
3/22/23

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE